AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

**LODGED**
CLERK, U.S. DISTRICT COURT
07/25/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

**FILED**
July 25, 2025
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY ___Nancy Boehme___
Deputy Clerk, U.S. District Court

United States of America

v.

HAROLD LEMUS-ROMERO,

Defendant.

Case No. 8:25-mj-00605-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 24, 2025, in the county of Orange in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 111(a)(1), (b) | Assault on Federal Officer Inflicting Bodily Injury |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
*/s/Jared Harada*
*Complainant's signature*

Jared Harada, HSI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:     July 25, 2025

_____
*Judge's signature*

City and state:   Santa Ana, California

Hon. Douglas F. McCormick,
U.S. Magistrate Judge
*Printed name and title*

AUSA: Rosalind Wang x3547

## AFFIDAVIT

I, Jared Harada, being duly sworn, declare and state as follows:

## I.  INTRODUCTION

1.   I am a Special Agent of the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), and have been so employed since March 2008.  I am currently assigned to the Orange County, California, field office.

2.   My responsibilities as an HSI Special Agent include the investigation of criminal violations, such as violations related to assault on federal officers.  I have also received training on and conducted and/or assisted in investigations involving the violation of laws pertaining to drug trafficking, bulk cash smuggling, money laundering, gangs, and human trafficking.  I am a graduate of the Criminal Investigator Training Program and the HSI Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia.  Prior to my employment with HSI, I was an agent with the State of California Alcoholic Beverage Control.

## II. PURPOSE OF AFFIDAVIT

3.   This affidavit is made in support of an arrest warrant for Harold LEMUS-ROMERO ("LEMUS-ROMERO") as well as a criminal complaint charging LEMUS-ROMERO with assault on a federal officer inflicting bodily injury, in violation of 18 U.S.C. §§ 111(a)(1), (b).

4.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, and

1

information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, and any dates and times are on or about those dates and times.

### III. STATEMENT OF PROBABLE CAUSE

5.    Unless otherwise noted, the following facts are based on my interviews with Customs and Border Protection officers ("CBPOs") who were at the scene of the events in question.

6.    On July 24, 2025, CBPOs were conducting an operation to detain LEMUS-ROMERO for immigration violations at the Santa Ana Immigration Court, 1241 East Dyer Road, Santa Ana, California 92705.

7.    While waiting outside the courtroom, CBPOs observed LEMUS-ROMERO open the courtroom door and look out at the officers, then go back inside on two separate occasions.

8.    At approximately 2:50 p.m., the CBPOs observed LEMUS-ROMERO exit the courtroom from his immigration court hearing. The CBPOs identified themselves to LEMUS-ROMERO as being officers from the Department of Homeland Security and had their government-issued badges visible. Subsequently, the CBPOs placed LEMUS-ROMERO in handcuffs and took him into custody.

9.    At approximately 2:55 p.m., while escorting LEMUS-ROMERO from the courthouse to the transport vehicle, LEMUS-

2

ROMERO attempted to flee the officers while handcuffed.  The CBPOs ran after LEMUS-ROMERO to stop him from fleeing.  When they caught up to him, they had to forcibly hold him to prevent him from escaping.  LEMUS-ROMERO then bit one of the CBPOs in the upper right arm.  After LEMUS-ROMERO was detained by the officers, the officer was transported to the hospital for medical treatment for the bite wound.  Attached as Exhibit A is a photo of her wound.

    10.  For all the reasons described above, I believe there is probable cause to believe that LEMUS-ROMERO has committed assault on a federal officer inflicting bodily injury, in violation of 18 U.S.C. §§ 111(a)(1), (b).


Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 25th  day of July
2025.

_____
    Douglas F. McCormick
UNITED STATES MAGISTRATE JUDGE

3



EXHIBIT A