BILAL A. ESSAYLI
First Assistant United States Attorney
MARK P. TAKLA
Assistant United States Attorney
Chief, Orange County Office
ROSALIND WANG (Cal. Bar No. 218626)
Assistant United States Attorney
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3547
    E-mail:   rosalind.wang@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. 8:25-MJ-00605 |
|---|---|
| Plaintiff, | UNOPPOSED MOTION TO DISMISS COMPLAINT WITH PREJUDICE PURSUANT TO FED. R. CRIM. P. 48(a) |
| v. | |
| HAROLD LEMUS-ROMERO, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California, hereby moves to dismiss the pending complaint against defendant HAROLD LEMUS-ROMERO in the above-captioned case

//

//

1 | with prejudice pursuant to Fed. R. Crim. P. 48(a).  Defendant, via
2 | defense counsel, does not oppose this motion.

Dated: November 17, 2025          Respectfully submitted,

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

/s/Rosalind Wang
ROSALIND WANG
Assistant United States Attorney
Orange County Office

Attorneys for Plaintiff
UNITED STATES OF AMERICA