BILAL A. ESSAYLI
First Assistant United States Attorney
By: ROSALIND WANG (714-338-3547)
United States Courthouse
411 W. 4th Street
Santa Ana, CA 92701

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  PLAINTIFF,<br><br>v.<br><br>HAROLD LEMUS-ROMERO,<br><br>                  DEFENDANT | CASE NUMBER<br><br>8:25-MJ-00605<br><br>**ORDER FOR DISMISSAL<br>OF MAGISTRATE'S COMPLAINT** |

     A Magistrate's Complaint having been filed before United States Magistrate Judge Douglas McCormick in Santa Ana, California, against the above-named defendant, charging violation of Title 18, United States Code, Section 111, and the United States Attorney's Office having moved for a dismissal of the complaint by the presentment of this Order,

     IT IS HEREBY ORDERED that said Complaint be dismissed as to defendant HAROLD LEMUS-ROMERO with prejudice and that bond be exonerated on this charge.

Date: November 18, 2025

*Karen E. Scott*
United States Magistrate Judge

Presented by:

*/s/Rosalind Wang*
ROSALIND WANG
Assistant United States Attorney

**Complaint Filed: 7/25/25**

**Is the person in custody?**
YES ☐
NO ☑